JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL DIVISION

MANAGEMENT REGISTRY INC.,
a Kentucky corporation,

      Plaintiff,

    v.

CLOUD CONSULTING
PARTNERS, INC., a California
corporation,

      Defendant.

Case No. 5:19-cv-01954-DSF-AS

Assigned to the Hon. Dale S. Fischer

**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE REQUESTING THE COURT RETAIN JURISDICTION [48]**

ORDER
CASE NO. 5:19-cv-01954-DSF-AS

## ORDER

The Court having read and considered the Notice of Settlement and Joint Stipulation for Dismissal with Prejudice Requesting the Court Retain Jurisdiction, and finding good cause therefor orders as follows:

1. The Court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties.

2. This matter shall be dismissed in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

DATED: July 30, 2020

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

- 1 -